

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2021

No. 04-20-00297-CR

Neil Howard **MCGINNIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 6782
Honorable Kirsten Cohoon, Judge Presiding

## O R D E R

After we granted Appellant's first motion for extension of time to file the brief, Appellant's brief was due on January 23, 2021. *See* TEX. R. APP. P. 38.6(a). After the once-extended due date, Appellant filed a second motion, which seeks a thirty-day extension of time to file the brief.

Appellant's motion is GRANTED; Appellant's brief is due on February 22, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court